**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY RYAN BEHLMANN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26CV479 PLC |
| | ) | |
| BOONE COUNTY JAIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of Plaintiff Jeremy Ryan Behlmann's Complaint. Upon consideration, the Court orders transfer of this case to the United States District Court for the Western District of Missouri.

Plaintiff filed this action under 42 U.S.C. § 1983. The named defendants all appear to be located in the Western District of Missouri, and the events described in the Complaint apparently occurred there. *See* 28 U.S.C. § 105(b)(4).

Under 28 U.S.C. § 1391(b), an action of this type may be brought in: "(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action."

Because the defendants are located in the Western District of Missouri, and because the events or omissions that form the basis for Plaintiff's claims occurred in the Western District of

Missouri, venue is proper there. Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." The Court concludes that it is in the interest of justice to transfer this case to the United States District Court for the Western District of Missouri.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall **TRANSFER** this case to the United States District Court for the Western District of Missouri.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of November, 2026.